

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2018

No. 04-17-00717-CR

Wayne Edward **WEIRICH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6261
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
            Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2018.

_____
Keith E. Hottle
Clerk of Court